**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  **06-cv-02440-JLK-CBS**

**UNITED STATES OF AMERICA**,

      Petitioner,

v.

**MICHAEL N. BENNETT**,

      Respondent.

_____

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION**
_____

In the absence of any timely objection to the magistrate judge's recommendation that the respondent be held in contempt, the Report and Recommendation Regarding United States' Motion to Enforce Final Judgment and Enforcement Order (doc. #18) is entered as an order of the court.  It is ORDERED that:

1. Petitioner United States' Motion to Enforce Final Judgment and Enforcement Order (doc. # 12), filed on June 1, 2007, is GRANTED and Respondent Michael N. Bennett is found in civil contempt of the District Court's April 16, 2007 Final Judgment and Enforcement Order (doc. # 10);

2. Respondent Bennett shall be fined $100.00 per day for up to twenty-one (21) days from the entry of this order with respect to this Report and Recommendation until he fully complies with the requirements of the Enforcement Order by personally appearing at the Internal Revenue Service office at 56 Inverness Drive East, Englewood, Colorado

80112-5114, to give testimony and to produce for examination and copying the records, documents and other data demanded by the Internal Revenue Service summons;

     3. If, at the end of that twenty-one day period Respondent has failed to comply, upon certification of that failure by Petitioner, Respondent shall be incarcerated until such time as he fully and completely complies with the terms and conditions of the Internal Revenue Service summons;

     4. Petitioner shall receive its fees and costs incurred in making the instant motion.

The Clerk is DIRECTED to mail a copy of this Order to Respondent Bennett at 606 South Cole Court, Lakewood, Colorado 80228. A copy of this Order should also be personally served upon Respondent by an official of the Internal Revenue Service.

Dated this 5th day of October, 2007

                       BY THE COURT:

                       *s/John L. Kane*
                       UNITED STATES DISTRICT JUDGE